FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. MARINI,<br><br>    Defendant. | NO. CV 05-06487 PSG (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant's Motion to Dismiss, Plaintiff's Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and no objections have been filed. The Court concurs in the recommendations of the Magistrate Judge. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Defendant's Motion to Dismiss is GRANTED and (2) the entire action is dismissed without prejudice.

1    The Clerk of the Court is directed to serve copies of this Order
2 and the Judgment on Plaintiff and counsel for Defendant.
3
4 DATED: __2/11/08_____.
5
                                            _____
                                            PHILIP S. GUTIERREZ
6                                           UNITED STATES DISTRICT JUDGE