FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
~~JS-5~~/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM O. ROBINSON, | ) | CASE NO. CV 05-06487 PSG (SS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| S. MARINI, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Defendant's Motion to Dismiss is GRANTED and the entire action is dismissed without prejudice.

DATED: 2/11/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE